IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM E. PERRY, | : | Civil Action No. 4:13-cv-02421 |
| Plaintiff | : | (Judge Brann) |
| v. | : | |
| WESTFIELD BOROUGH POLICE DEPARTMENT and DALE NILES | : | |
| Defendants. | : | |

**ORDER**

July 10, 2014

On April 24, 2014, Magistrate Judge Thomas M. Blewitt issued a Report and Recommendation (ECF No. 23) (hereinafter, the "R&R") in which he advised the Court to dismiss Perry's complaint without prejudice. Perry did not file objections, so the Court has reviewed the R&R for clear error and obvious non-conformity with well-established law. See Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987) (although Court is not required to review magistrate judge's report absent objections, "the better practice is for the district judge to afford some level of review to dispositive legal issues raised by the report"). The Court will adopt

Magistrate Judge Blewitt's R&R.

NOW, THEREFORE, IT IS HEREBY ORDERED that the April 24, 2014 R&R (ECF No. 23) is ADOPTED. This case is DISMISSED WITHOUT PREJUDICE. The clerk is directed to close the case file.

                                    BY THE COURT:

                                    s/ Matthew W. Brann
                                    Matthew W. Brann
                                    United States District Judge